No. 751. MARJORIE WEBSTER JUNIOR COLLEGE, INC. v. MIDDLE STATES ASSOCIATION OF COLLEGES & SECONDARY SCHOOLS, INC. C. A. D. C. Cir. Certiorari denied. ■

No. 755. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 757. BAKER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5518. HARDIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 5522. GUZIEC, AKA HAILE v. CREDIT BUREAU OF SANTA MONICA BAY DISTRICT, INC. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 5529. LYONS v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Francisco. Certiorari denied.

No. 5553. BOYD v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5574. CONKLIN v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5587. MOORE v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5796. GREENE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5830. QUINTANAR-MUNOZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.